UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
                                                    :
In re                                               :    Chapter 11
                                                    :
VIP VETERINARY HOSPITAL, P.C.,                      :    Case No. 09-14882 (AJG)
                                                    :
                                                    :
           Debtor.                                  :
                                                    :
------------------------------------------------------------

**OPINION REDUCING FEES DUE TO CLOVER M. BARRETT, P. C. IN COMPENSATION FOR SERVICES PERFORMED AS COUNSEL TO THE DEBTOR FOR THE PERIOD OF AUGUST 31, 2009 THROUGH DECEMBER 3, 2009.**

Clover M. Barrett submitted a fee application for services rendered to the Debtor for the time period stated above. The Debtor's principal, Dr. Susan Prattis, submitted an untimely objection in the form of a letter to the Court received on March 17, 2010. The letter raised certain issues concerning the quality of Barrett's work. The matter was heard on March 17, 2010. After reviewing the fee application and the letter submitted by the Debtor's principal, the Court finds that the fee reduction requested by the United States Trustee in the amount of $2,940 is appropriate and fully encompasses any necessary fee reductions in this matter. The issues raised in the letter about Barrett's lack of action in MATSCO's lawsuit against Dr. Prattis in the Eastern District of New York are not relevant as they do not concern Barrett's representation of the estate. As the applicant has already agreed to the reduction proposed by the United States Trustee and is also entitled to the $53.06 in expenses she seeks, the total fee awarded the applicant is

1

2

$21,233.89.  All other issues raised in the letter have been taken into consideration and are unworthy of any fee reduction.[1]

The applicant is to submit an order consistent with this opinion and General Order M-389.

Dated:  New York, New York
        May 4, 2010

                           **s/Arthur J. Gonzalez**
                           HONORABLE ARTHUR J. GONZALEZ
                           CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] On May 3, 2010, the Court received a letter from the Debtor's principal consenting to the conversion of this case to a Chapter 7 bankruptcy.  The principal also restated her feelings about Barrett's work, however, any objections to the fee application at this point are untimely, and the objections raised were already considered in this opinion.